IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 22-cr-0265 KG

MANUEL FRANCISCO CASTRO,

    Defendant.

## ORDER DENYING MOTION

This matter is before the Court on Defendant Manuel Francisco Castro's Motion for Leave to File Late Objections to Pre-Sentence Report, filed September 2, 2022. (Doc. 29). Objections to the pre-sentence report were due June 30, 2022. *Id.* at 1.

The Court denies the Motion without prejudice. Should counsel seek to refile, he must state with specificity why he was unable to meet the deadline and he must comply with Local Rules of Criminal Procedure 47.1 and 47.2 which require seeking concurrence of opposing party and stating whether the Motion is opposed or unopposed.

    IT IS SO ORDERED.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE